UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: MUFASA SHUJAA BEY

CIVIL ACTION

NO.   18-mc-91185-DJC

ORDER OF DISMISSAL

CASPER, J.

    In accordance with the Court's ELECTRONIC ORDER dated May 17, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

May 17, 2018
Date

/s/ Daniel C. Hohler

Deputy Clerk